UNITED STATES of America, Plaintiff–Appellee,

v.

Arnold CLAYTON, Defendant–Appellant.

No. 14–14279

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 8, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee

Bentley, III, U.S. Attorney's Office, Tampa, FL, David Rodney Brown, Frank Merrill Talbot, II, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Charles Lee Truncale, Charles L. Truncale, PA, Jacksonville, FL, for Defendant–Appellant.

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Charles L. Truncale, counsel for Arnold Clayton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Clayton's conviction and sentence are **AFFIRMED.**